UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 21 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Cause No. 1:17-cr- |
| PAUL T. MCDOUGALL, III, | ) | 1:17-cr-0049 SEB -TAB |
| *Defendant.* | ) | |

## INDICTMENT

**(Failure to Register as a Sex Offender)**
**[18 U.S.C. § 2250(a)]**

The Grand Jury charges that:

Between approximately September 2016 through March 3, 2017, in the Southern District of Indiana and elsewhere, defendant,

**PAUL T. MCDOUGALL, III,**

a person required to register under the Sex Offender Registration and Notification Act by reason of the following felony conviction that occurred on or about January 14, 2005: (a) Child Molesting, under case number 49G06-0407-FA-124113 in the Marion County Superior Court, Criminal Division, Indianapolis, Indiana, traveled in interstate commerce and knowingly failed to register and update a registration.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

[redacted]

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: ______________________
Cynthia J. Ridgeway
Assistant United States Attorney